EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Drug/Organized Crime Section

THOMAS J. BRADY #4472
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
tom.brady@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00249 SOM |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S SENTENCING |
| | ) | STATEMENT; CERTIFICATE OF |
| vs. | ) | SERVICE |
| | ) | |
| AARON CADIZ ROBINSON, | ) | Date:   February 21, 2006 |
| | ) | Time:   3:00 p.m. |
| | ) | Judge:  Hon. Susan Oki Mollway |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

GOVERNMENT'S SENTENCING STATEMENT

   Comes now the United States of America, by and through its attorney, Thomas J. Brady, Assistant U.S. Attorney, and hereby states that it has received and reviewed the document entitled, "Draft Presentence Report."

The Government has no amendments or modifications to note thereto, and that it presently has no other factual information relevant to those areas addressed in said report.

DATED: January 17, 2006, at Honolulu, Hawaii.

                                      EDWARD H. KUBO, JR.
                                      United States Attorney
                                      District of Hawaii

                                      By <u>/s/ Thomas J. Brady</u>
                                          THOMAS J. BRADY
                                          Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

       I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

<u>Served by First Class Mail</u>:

    BARRY D. EDWARDS,                            January 17, 2006
    1431 Alencastre Street
    Honolulu, Hawaii 96816

    Attorney for
    Defendant AARON CADIZ ROBINSON

Served by Hand-Delivery:

    Anne M. Shimokawa                            January 18, 2006
    U. S. PROBATION OFFICE
    U.S. Courthouse, Room C-110
    300 Ala Moana Boulevard
    Honolulu, HI  96850

       DATED: January 17, 2006, at Honolulu, Hawaii.

                                             /s/ Shelli Ann H. Mizukami