**ORIGINAL**

BARRY D. EDWARDS  4509
1431 Alencastre Street
Honolulu, Hawaii 96816
Telephone (808) 737-2100
Fax (808) 732-4499
e-mail: barrydedwards@gmail.com
Attorney for Defendant
    AARON CADIZ ROBINSON

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 2 6 2006

at __ o'clock and __ min __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00249 SOM-01 |
| | ) | |
| Plaintiff, | ) | DEFENDANT AARON CADIZ ROBINSON'S SENTENCING STATEMENT; CERTIFICATE OF SERVICE |
| vs. | ) | |
| AARON CADIZ ROBINSON, | ) | Judge: Hon. Susan Oki Mollway |
| | ) | Sentencing: February 21, 2005 |
| Defendant. | ) | |

**DEFENDANT AARON CADIZ ROBINSON'S SENTENCING STATEMENT**

Defendant, AARON CADIZ ROBINSON, has no objections or corrections to the draft Presentence Investigation Report prepared January 11, 2006.

DATED: Honolulu, Hawaii, January 25, 2006.

_____
BARRY D. EDWARDS
Attorney for Defendant
AARON CADIZ ROBINSON

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a file-marked copy of the foregoing document is being served today by fax, and on the date of filing by hand delivery, to the following parties at the following addresses:

Thomas J. Brady, Esq.
Assistant United States Attorney
300 Ala Moana Blvd., Suite 6-100
Honolulu, HI 96850
By Fax: 541-2958

Ms. Anne M. Shimokawa
U. S. Probation Officer
PJKK Federal Courthouse, First Floor
300 Ala Moana Blvd.
Honolulu, HI 96850
By Fax: 541-2110

DATED: Honolulu, Hawaii, January 25, 2006

_____
Barry D. Edwards