ORIGINAL

AO 442 (Rev. 3/99) Warrant for Arrest

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 13 2006

at __ o'clock and __ min __ M
SUE BEITIA, CLERK

# UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

UNITED STATES OF AMERICA

V.

AARON CADIZ ROBINSON

**WARRANT FOR ARREST**

CR 05-249 som

CASE NUMBER: 05 – 0464 KSC

To: The United States Marshal
and any Authorized United States Officer and any City & County of Honolulu Police Officer

YOU ARE HEREBY COMMANDED to arrest    AARON CADIZ ROBINSON

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Count 1:    Felon in possession of a firearm and ammunition
Count 2:    Knowingly and intentionally possess with intent to distribute

in violation of Title 18 United States Code, Section 922(g)(1) and Title 21 United States Code, Section 841(a)(1).

| KEVIN S.C. CHANG | United States Magistrate Judge |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| /s/ (signature) | June 02, 2005  Honolulu, HI |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $  TO BE DETERMINED    United States Magistrate Judge
                                     Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED 6/2/05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 6/3/05 | Charles Pang, S/A | (signature) |